**Order filed, May 3, 2022.**



In The

# Court of Appeals
### For The
# First District of Texas
_____

## NO. 01-22-00289-CR

### ANDREW MARTINEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 22nd District Court**
**Hays County, Texas**
**Trial Court Case CR-16-0994-A-WHC1**

---

## ORDER

The reporter's record in this case was due April 6, 2022.  *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record.  The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order Grace Duncan, the official (or substitute) court reporter, to file the record in this appeal, if any, **within 30 days** of the date of this order.

PER CURIAM